PD-0526-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/24/2015 10:51:17 AM
Accepted 11/24/2015 10:56:56 AM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS

No. PD-0526-15

FILED IN
COURT OF CRIMINAL APPEALS

November 25, 2015

ABEL ACOSTA, CLERK

**THE STATE OF TEXAS,**
*Appellant*

v.

**VICTOR MANUEL SCHUNIOR, JR.,**
*Appellee*

APPEALED FROM WEBB COUNTY, TEXAS

No. 04-14-00347
In the Fourth Court of Appeals

NO. 2013-CRM-000371-D1
In the 49th District Court of Webb County, Texas

*Appellee's Unopposed Motion to Extend Time to File Appellee's Brief*

## APPELLEE'S UNOPPOSED MOTION
## TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE FOURTH COURT OF APPEALS:

NOW COMES Appellee, VICTOR SCHUNIOR, JR., and makes this Unopposed Motion to Extend Time to File Appellee's Brief and would respectfully show the Court as follows:

1. The deadline for filing Appellee's brief is currently set for November 25, 2015.

2. Appellee seeks an extension of 15 days to file his brief, until December 10, 2015.

3. Counsel for Appellee had a brief due in the United States Fifth Circuit Court of Appeals and a petition for writ of certiorari to the Supreme Court of the United States due in the same time period. Roberto Balli, attorney for appellee has had more work due than normal. Appellant's Brief requires careful reading and it is extensive.

4. Appellee requests this extension of 15 days not for delay, but so that justice may be done.

5. Appellee's counsel has conferred with the Webb County District Attorney's office and Counsel for Webb County District Attorney has indicated they do not oppose this motion for an extension of 15 days.

WHEREFORE, PREMISES CONSIDERED, Appellee prays that the Court grant his Motion to Extend Time to File Appellee's Brief for 15 additional days, as well as such other and further relief to which Appellee may show himself entitled.

Respectfully submitted,

BALLI LAW OFFICE
P.O. Box 1058
Laredo, Texas 78042-1058
Tel: (956) 712-4999
Fax: (956) 724-5830

By: /s/ Roberto Balli
ROBERTO BALLI
SBN: 00795235
Attorney for Appellee

2

# VERIFICATION

STATE OF TEXAS                                §

COUNTY OF WEBB                         §

I, ROBERTO BALLI, Attorney for Appellee, VICTOR SCHUNIOR, JR., have read the foregoing, and the statements contained therein are true and correct.

_____
ROBERTO BALLI

**SUBSCRIBED AND SWORN TO BEFORE ME BY** ROBERTO BALLI on the 24th day of November, 2015, to certify which witness my hand and seal of office.



GALA GONZALEZ
Notary Public, State of Texas
My Commission Expires
July 11, 2016

_____
Notary Public, State of Texas

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the clerk's electronic service to the Webb County District Attorney in conformity with the Texas Rules of Criminal and Appellate Procedure on November 24th, 2015.

_____
ROBERTO BALLI

3